# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**SUNDAY ORATOKHAI,**
**#A055575438,**

    Petitioner,

v.                                    CASE NO. 4:13-cv-309-MW/CAS

**ERIC HOLDER, JR., et al.,**

    Respondents.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No 4, filed July 8, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "This cause is **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with an order or to prosecute his case."

The Court would note that Petitioner has failed to keep the Court informed of his location as evidenced by returned mail to the Clerk.

1

The Clerk shall close the file.

**SO ORDERED on August 13, 2013.**

                                         **s/Mark E. Walker**
                                         **United States District Judge**